UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re *Ex Parte* Application of ALEJANDRO MARTINEZ ARAIZA for an Order to Conduct Discovery for Use in a Foreign Proceeding Pursuant to 28 U.S.C. § 1782,<br><br>    Petitioner. | Misc. Case No. M-20-219 |

### ORDER GRANTING ALEJANDRO MARTINEZ ARAIZA'S EX PARTE APPLICATION FOR AN ORDER PURSUANT TO 28 U.S.C. § 1782 TO CONDUCT DISCOVERY FOR USE IN A FOREIGN PROCEEDING

On this day, the Court considered Mr. Alejandro Martinez Araiza's ("Petitioner") *Ex Parte* Application, brought pursuant to 28 U.S.C. § 1782, for an Order granting Petitioner leave to serve Citibank USA, the King Baudouin Foundation, BBVA Compass Bank, J.P. Morgan Chase Bank, N.A., Wells Fargo, Standard Chartered Bank U.S., Bank of America, N.A., The Bank of New York Melon, Northern Trust International Banking Corporation, Deutsche Bank Trust Company of America, HSBC Bank USA, and UBS AG subpoenas in order to obtain discovery for use in a foreign proceeding.

The Court, having read and considered all the papers filed in support of the Application, is of the opinion that the Application should be GRANTED.

IT IS, THEREFORE, ORDERED that Petitioner's Application to for an Order to Conduct Discovery for Use in a Foreign Proceeding Pursuant to 28 U.S.C. § 1782 is **GRANTED**.

Dated this 12 day of June 2020.

_____
Edgardo Ramos, U.S.D.J.