UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE *EX PARTE* APPLICATION OF ALEJANDRO MARTINEZ ARAIZA FOR AN ORDER TO CONDUCT DISCOVERY FOR USE IN A FOREIGN PROCEEDING PURSUANT TO 28 U.S.C. § 1782,<br><br>        Petitioner. | **ORDER**<br><br>20 Misc. 219 (ER) |

RAMOS, D.J.

  On May 29, 2020, Alejandro Martinez Araiza petitioned the Court pursuant to 28 U.S.C. § 1782, seeking leave to serve subpoenas on several banks and other financial entities for use in Mexican criminal proceedings. Doc. 1. On June 12, 2020, the Court granted Martinez Araiza's application. Doc. 5. There having been no further action in this case in approximately eighteen months, the Clerk of Court is respectfully directed to close the case.

  It is SO ORDERED.

Dated: December 10, 2021
    New York, New York

                          Edgardo Ramos, U.S.D.J.